# United States District Court
## Western District of Texas
## El Paso Division

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| vs. | § No: EP:24-M -02316(1) § |
| (1) YOHANGEL JAVIER MARTINEZ-GONZALEZ | § § § § |

*Defendant*

# ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Damian Ryan George Rasmussen, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 7th day of June, 2024.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE