FILED
July 01, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **I N D I C T M E N T** Case No: EP:24-CR-01370-KC |
| Plaintiff, | § § | **CT 1:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) - Conspiracy to Harbor Aliens; |
| v. | § § | |
| YOHANGEL JAVIER MARTINEZ-GONZALEZ, | § § § | **CT 2:** 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(ii) - Harboring Aliens. |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about June 6, 2024, in the Western District of Texas, Defendant,

**YOHANGEL JAVIER MARTINEZ-GONZALEZ,**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, namely: knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and attempted to conceal, harbor, and shield from detection such aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i).

### COUNT TWO

On or about June 6, 2024, in the Western District of Texas, Defendant,

**YOHANGEL JAVIER MARTINEZ-GONZALEZ,**

knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and

attempted to conceal, harbor, and shield from detection such aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(ii).

A TRUE BILL.

███████

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
     Assistant U.S. Attorney