# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. 3:24-CR-1370-KC |
| YOHANGEL MARTINEZ GONZALEZ | § § § | |
| Defendant. | § § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS AND TO DISMISS

On this day, this Court considered the defendant's Motion to Suppress and to Dismiss.

This is Court, having considered said Motion, is of the opinion that it should be granted.

It is therefore ORDERED that the defendant's Motion to Suppress (Doc. No. 18) is hereby GRANTED and all evidence seized as a result of the illegal search conducted on June 06, 2024, as well as all other evidence subsequently discovered is HEREBY SUPPRESSED.

It is further ORDERED that the present Indictment is HEREBY DISMISSED.

SIGNED THIS _____ DAY OF _____, 2024.

_____
**THE HONORABLE KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**