UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Cause No. EP-24-CR-01370-KC |
| | § | |
| YOHANGEL MARTINEZ GONZALEZ | § | |
| | § | |
| Defendant. | § | |

## GOVERNMENT'S UNOPPOSED MOTION TO EXTENT TIME IN WHICH TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS AND TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Motion for Extension of Time to File its Response to Defendants Motion to Suppress and to Dismiss (ECF No. 18), and would respectfully show the Court the following:

1. On July 1, 2024, Yohangel Martinez Gonzalez, the Defendant, was charged by Indictment with 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) – Conspiracy to Harbor Aliens (Count 1); and 8 U.S.C. §§ 324(a)(1)(A)(iii) & (a)(1)(B)(ii) – Harboring Aliens (Count 2). (ECF No. 11).

2. On August 28, 2024, the Defendant filed the instant Motion to Suppress and Motion to Dismiss (ECF No. 18).

3. The Government's response to Defendant's Motion (ECF No. 18) is due September 3, 2024. WD-TX CR-47(b).

4. The Assistant United States Attorney (AUSA) assigned to the case is still researching the specific issues involved. The appellate section for the Western District of Texas is also

assisting the undersigned given the relatively unique fact scenario of the case. Therefore, the extension is not sought for the purpose of delay.

5. The government therefore requests a 7-day extension, through September 10, 2024, to file its response.

6. The undersigned conferred with counsel for the Defendant, Damian Rasmussen, who advised he is not opposed to the 7-day extension.

**WHEREFORE**, the Government requests that the Court Grant this motion to extend the time in which to file its response to the Defendant's Motion to Suppress and Motion to Dismiss to September 10, 2024.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/*Mathew Engelbaum*
MATHEW ENGELBAUM
Assistant U.S. Attorney
Texas Bar #24097653
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

**Certificate of Service**

I certify that on August 30, 2024, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will cause a copy to be electronically delivered to Defendant's counsel of record.

By: /s/ *Mathew Engelbaum*
MATHEW ENGELBAUM
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Cause No. EP-24-CR-01370-KC |
| | § | |
| YOHANGEL MARTINEZ GONZALEZ | § | |

**<u>ORDER</u>**

On this day came on to be considered the Government's Motion for Extension of Time to File its Response to Defendants Motion to Suppress and to Dismiss. The Court having considered same is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that the Government's Motion for Extension of Time to File its Response to Defendants Motion to Suppress and to Dismiss is hereby GRANTED.

IT IS FURTHER ORDERED that the government shall have until 11:59 pm on Tuesday, September 10, 2024, in which to file its response.

SIGNED AND ENTERED this _____ day of _____, 20__

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE