UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:24-CR-01370(1)-KC |
| | § | |
| (1) Yohangel Javier Martinez-Gonzalez | § | |

## ORDER RESETTING STATUS CONFERENCE (DEFENDANT NEEDED)

  IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **STATUS CONFERENCE (DEFENDANT NEEDED)** in District Courtroom, Room 522, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Wednesday, October 16, 2024 at 08:00 AM**.

  IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

  IT IS SO ORDERED this 24th day of September, 2024.

                _____
                KATHLEEN CARDONE
                UNITED STATES DISTRICT JUDGE